IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIRAJ SHAH          Plaintiff | § § § | |
| VS. | § § | C.A. NO. 4:19-cv-04430 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB          Defendant | § § § § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rules of Civil Procedure, Plaintiff Niraj Shah hereby files his stipulation of dismissal with prejudice and would respectfully show the Court as follows:

1. Plaintiff filed his Original Petition, Application for Injunctive Relief, and Request for Disclosures in the 240th Judicial Court of Fort Bend County, Texas on November 1, 2019.

2. Defendant removed the case to federal court on November 11, 2019.

3. Plaintiff and Defendant have executed a settlement agreement in the matter and there are no longer any legal issues between the parties.

4. Defendant is not opposed to the dismissal of this case.

5. Accordingly, Plaintiff request that the Court dismiss this lawsuit with prejudice against filing the same in the future.

WHEREFORE, PREMISES CONSIDERED, Plaintiff request that the Court enter the attached Order dismissing the above-entitled and numbered cause with prejudice, with costs of court being assessed against the party incurring same.

Respectfully Submitted by,

Law Office of Erick DeLaRue, PLLC

By:    /s/ Erick DeLaRue
ERICK DELARUE
Texas Bar No: 24103505
2800 Post Oak Boulevard, Suite 4100
Houston, TX   77056
Telephone: 713-899-6727
Email: erick.delarue@delaruelaw.com

ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF CONFERENCE**

I hereby certify that a conference was held with Defendants attorney on March 1, 2020 and he is not opposed to the filing of this motion.

/s/ Erick DeLaRue
ERICK DELARUE

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent to each counsel of record in accordance with the Federal Rules of Civil Procedure on March 13, 2020.

Mike Hord

HIRSCH & **WESTHEIMER**

1415 Louisiana, 36th Floor
Houston, Texas 77002

/s/ Erick DeLaRue
ERICK DELARUE